**Date of Arrest: 10/26**

# United States District Court

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Jorge Humberto DUARTE-Castro<br>AKA: None Known<br>205599156<br>YOB: 1980<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 16-1873MJ<br><br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-<br>Entry After Deport |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 26, 2016, Defendant Jorge Humberto DUARTE-Castro, an alien, was found in the United States at or near Wellton, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Del Rio, Texas, Intl Bridge on or about March 1, 2013. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Signature of Complainant

Joseph Comella Jr
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

| | | |
|---|---|---|
| October 28, 2016 | at | Yuma, Arizona |
| Date | | City and State |

David K Duncan, United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Jorge Humberto DUARTE-Castro
AKA:  None Known
205599156

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 26, 2016, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near El Paso, Texas on or about March 1, 2013.  The Defendant was most recently removed on or about March 1, 2013, through the port of Del Rio, Texas, Intl Bridge.

Agents determined that on or about June 1, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

October 28, 2016

Date

Signature of Judicial Officer